UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BONNEMA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOMEAWAY, INC. and YAPSTONE, INC. d/b/a VACATIONRENTPAYMENT,<br><br>　　　　Defendants. | Case No. 4:15-CV-5023-JSW<br><br>Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT YAPSTONE, INC. TO RESPOND TO COMPLAINT** |

On December 7, 2015, the Parties filed a Stipulation Regarding Extension of Time for Responding to Complaint. Good cause appearing, the Court hereby GRANTS the Parties' stipulated request. Accordingly, Defendant Yapstone, Inc. shall respond to Plaintiff's Complaint on or before **January 18, 2016**.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
HON. JEFFREY S. WHITE

27677431v1

~~PROPOSED~~ ORDER